IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON AUTO SALES, INC., ) | |
| ) | Case No. 4:14-cv-00104 |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED** |
| ) | **PROGRESSION ORDER** |
| TERRY L. TROUTNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On the parties' joint stipulation, (Filing No. 25), the progression order is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **June 29, 2015**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 16, 2015** at **2:30 p.m.** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by **5:00 p.m.** on **June 15, 2015**. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is **April 3, 2015**. Motions to compel Rule 33 and 36 discovery must be filed by **April 17, 2015**.

4) The deadlines for identifying expert witnesses to testify at the trial and deadlines to complete expert disclosures, (both retained experts, Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff:   **February 2, 2015**
   For the defendant:  **March 2, 2015**

5) The deposition deadline is **April 30, 2015.**

6) The deadline for filing motions to dismiss and motions for summary judgment is **April 10, 2015**.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **April 10, 2015**.

December 20, 2014.                                      BY THE COURT:

 

_____
Cheryl R. Zwart
United States Magistrate Judge

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 19th of December, she caused the above and foregoing to be filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Raymond R. Aranza
Jamie M. Hurst
MARKS CLARE & RICHARDS, LLC
11605 Miracle Hills Drive, Ste. 300
Omaha, NE 68154-8005
(402) 492-9800
raranza@mcrlawyers.com
jhurst@mcrlawyers.com

                                                  /s/ Tara Tesmer Paulson
                                                  Tara Tesmer Paulson