IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON AUTO SALES, INC., ) | |
| ) | Case No. 4:14-cv-00104 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **AMENDED PROGRESSION ORDER** |
| TERRY L. TROUTNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties' motion to amend, (filing no. 50), and the defendant's motion to extend the expert witness deadline, (filing no.44), are granted, and the progression order is modified as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **October 19, 2015**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 29, 2015** at **1:00 p.m.** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by **5:00 p.m.** on **September 28, 2015**. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for moving to amend pleadings or add parties is **April 24, 2015**.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is **July 1, 2015**. Motions to compel Rule 33 and 36 discovery must be filed by **July 15, 2015**.

5) The deadlines for identifying expert witnesses to testify at the trial and deadlines to complete expert disclosures, (both retained experts, Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   Defendant:           **June 1, 2015**
   Plaintiff's rebuttal:   **July 1, 2015**

6) The deposition deadline is **September 2, 2015.**

7) The deadline for filing motions to dismiss and motions for summary judgment is **August 19, 2015**.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 22, 2015**.

April 8, 2015.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge