IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DILLON AUTO SALES, INC., | ) | 4:14CV104 |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | ORDER |
| TERRY L. TROUTNER, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for extension of time (Filing No. 136) is granted, as follows:

1. Defendant shall have until July 8, 2016, to respond to Plaintiff's motion for summary judgment (Filing No. 133).
2. Plaintiff shall have until July 8, 2016, to respond to Defendant's motion for summary judgment (Filing No. 129).

DATED this 20th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

-1-