IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON AUTO SALES, INC., | ) | 4:14CV104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY L. TROUTNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that Defendant's unopposed motion for extension of time (Filing No. 143) is granted, as follows:

    1. Defendant shall have until July 21, 2016, to reply regarding his motion for summary judgment (Filing No. 129).

    2. Plaintiff shall have until July 21, 2016, to reply regarding its motion for summary judgment (Filing No. 133).

    DATED this 19th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge