IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON AUTO SALES, INC., | ) | 4:14CV104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY L. TROUTNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's motions in limine (filing 163) and any other pretrial motions will be taken up at the conference that will be held immediately prior to the start of trial.

DATED this 19th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge