IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DILLON AUTO SALES, INC., | ) | 4:14CV104 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TERRY L. TROUTNER, | ) | |
| Defendant. | ) | |

In accordance with oral rulings made by the court at today's hearing on the parties' motions in limine,

IT IS ORDERED:

1. With respect to Plaintiff's Motions in Limine (filing [164](#)),
   a. Motion No. 1 is granted, except that Defendant is not precluded from calling Hill, Best or Manteuch as true rebuttal witnesses;
   b. Motion Nos. 2 and 3 are granted;
   c. Motion Nos. 4 and 5 are denied;
   d. Motion Nos. 6, 7, and 8 are granted;
   e. Motion No. 9 is denied;
   f. Motion Nos. 10, 11, and 12 are granted; and
   g. Motion Nos. 13 and 14 are denied.

2. Defendant's Motions in Limine (filing [169](#)), Nos. 1-4, are all denied.

Dated this 23rd day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge