IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON AUTO SALES, INC., | |
| Plaintiff, | **4:14CV104** |
| vs. | |
| TERRY L. TROUTNER, | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that Troutner's anticipated motion to disqualify the Rembolt Ludtke law firm as counsel for Dillon Auto Sales, Inc. in the above-captioned litigation shall be filed on or before July 19, 2017.

July 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge