IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON AUTO SALES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRY L. TROUTNER, <br><br> Defendant. | 4:14CV104 <br><br> **ORDER** |

IT IS ORDERED that the motion to withdraw filed by Tara L. Tesmer Paulson as counsel on behalf of Plaintiff Dillon Auto Sales, Inc., (Filing No. 195), is granted.

August 16, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge