IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON AUTO SALES, INC., Plaintiff, vs. TERRY L. TROUTNER, Defendant. | 4:14CV104 ORDER |

IT IS ORDERED that the motion to withdraw filed by David J. A. Bargen, as counsel of record for Plaintiff, (Filing No. 213), is granted.

Dated this 6th day of November, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge