IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON AUTO SALES, INC., | ) | |
| | ) | Civil Action No. 14-cv-00104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SECOND ORDER ON FINAL** |
| | ) | **PRETRIAL CONFERENCE** |
| TERRY L. TROUTNER, | ) | |
| | ) | |
| Defendant. | ) | |

A final pretrial conference was held on the 16th day of January, 2018. Appearing for the parties as counsel were:

> Mark A. Fahleson and Sheila A. Bentzen of Rembolt Ludtke LLP for the Plaintiff Dillon Auto Sales, Inc. ("Dillon Auto").

> Ray Aranza and Jonathan M. Brown of Walentine O'Toole, LLP for the Defendant Terry Troutner ("Troutner").

This Court's previous Order on Final Pretrial Conference (Doc. 160) is hereby adopted in its entirety with the following additions and/or modifications:

**(A)** **Exhibits.** The parties Joint Exhibit List is updated and attached as Attachment "A".

**(D) Witnesses.**

> To his previous witness list, Defendant adds a witness from Plaintiff's accounting firm <u>solely</u> to lay foundation for some of the records listed.[1]

**(I)** **Briefs.** The parties will rely on their previously filed trial briefs.

**(K)** **Trial Date.** Trial is set for **February 5, 2018**.

**(L)** **Motions in Limine.** The parties' previous motions in limine Nos. 1-15 and the Court's rulings on the same are hereby adopted. (Doc. 176 and Doc. 188). The parties shall file any additional motions in limine on or before **January 26, 2018**.

---

[1] At the time of the Pretrial Conference, this witness was added over the objection of Plaintiff's counsel.

DILLON AUTO SALES, INC., Plaintiff

By:    REMBOLT LUDTKE LLP
        3 Landmark Centre
        1128 Lincoln Mall, Suite 300
        Lincoln, NE 68508
        (402) 475-5100
        mfahleson@remboltlawfirm.com
        sbentzen@remboltlawfirm.com
        jpence@remboltlawfirm.com

By:    /s/ Mark A. Fahleson
        Mark A. Fahleson (#19807)
        Sheila A. Bentzen (#25020)
        Jaydon McDonald Pence (#26070)

TERRY TROUTNER, Defendant

By:    WALENTINE O'TOOLE, LLP
        11240 Davenport Street
        P.O. Box 540125
        Omaha, NE 68514
        raranza@womglaw.com
        jbrown@womglaw.com

By:    s/s Raymond R. Aranza
        Raymond R. Aranza (#18523)
        Jonathan M. Brown (#25021)

DATED:

BY THE COURT:

United States Magistrate Judge

4846-3460-5658, v. 1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON AUTO SALES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT EXHIBIT LIST** |
| | ) | |
| | ) | |
| v. | ) | Case Number:  4:14-cv-00104 |
| | ) | Courtroom Deputy: |
| TERRY L. TROUTNER | ) | Court Reporter: |
| | ) | |
| Defendant. | ) | |

Trial Date(s): February 5, 2018 – February 14, 2018

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | DESCRIPTION | OFF | PLF OBJ | DF OBJ | RCVD | NOT RCVD | DATE |
| 1 | | Employment Agreement and Covenant Not To Compete Deposition Ex. 1 Bates: DIL000401-DIL000405 | | | | | | |
| 2 | | Deleted Vehicle Information Deposition Ex. 2 Bates: DIL000569 | | | | | | |
| 3 | | Chevy Avalanche Records Deposition Ex. 3 | | | R | | | |
| 4 | | American Express Statements Deposition Ex. 4 | | | | | | |
| 5 | | Balance Detail Deposition Ex. 5 Bates:DIL000003-DIL000004 | | | R | | | |
| 7 | | Demand Promissory Note Deposition Ex. 7 Bates:DIL000002 | | | | | | |
| 8 | | Receipts Petty Cash Deposition Ex. 8 Bates:DIL000578 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 10 | NEOC charge<br>Deposition Ex. 10<br>Bates: DIL000244-<br>DIL000245 | | | | | |
| | 12 | Charge of Discrimination –<br>Lorenzo Nunn<br>Deposition Ex. 12<br>Bates:DIL000218-<br>DIL000219, DIL000220-<br>DIL000211 | R,H,<br>F | | | | |
| | 13 | Charge of Discrimination –<br>Keith Pickard<br>Deposition Ex. 13<br>Bates:DIL000228-<br>DIL000229, DIL000230 | R,H,<br>F | | | | |
| | 14 | Dillon Auto response to<br>Troutner Complaint<br>Deposition Ex. 14 | R,H | | | | |
| | 15 | Troutner 2013 W-2<br>Deposition Ex. 15) | R,H | | | | |
| | 16 | Dillon Auto Accountants'<br>compilation 2013 and 2012<br>Deposition Ex. 16 | R | | | | |
| | 20 | Recording of conversation<br>with B. Troutner and M.<br>Dillon<br>Deposition Ex. 20 | | | | | |
| | 22 | Income statement by month<br>through Nov. 2013<br>Deposition Ex. 22 | R | | | | |
| 23 | | 7/29/2014 Statement from<br>Michael Forstrom<br>Deposition 23<br>Bates:DIL011711 | | | | | |
| 24 | | Photo of Terry Troutner<br>Deposition Ex. 24 | | | | | |
| 25 | | Bemidji Sports Centre<br>Records<br>Deposition Ex. 25<br>Bates:BSC_00001-<br>BSC_00042 | | | | | |
| 26 | | Sales Deal Summary<br>Deposition Ex. 26<br>Bates:DIL000477-<br>DIL000478 | | | | | |
| | 27 | Employment Agreement and<br>Covenant Not to Compete<br>Ex. 27 | | | | | |

| | 28 | Email string<br>Deposition Ex. 28 | | R,H,F | | | | |
|---|---|---|---|---|---|---|---|---|
| | 29 | Email String Sheryl Pont to Justin Wacker Ex. 29 | | R,H,F, O[1] | | | | |
| | 30 | Dialogue on issues<br>Deposition Ex. 30 | | R,H,F | | | | |
| | 31 | Dillon Auto Sales Taxable Income 12/31/13<br>Deposition Ex. 31 | | R,H,F | | | | |
| | 32 | Dillon Auto Sales, Inc. Form 1120S 2013<br>Deposition Ex. 32 | | R | | | | |
| | 33 | Dillon Auto Sales, Inc. Form 1120S 2012<br>Deposition Ex. 33 | | R | | | | |
| | 34 | Cover letter email with Detail for Meals and Entertainment attached<br>Deposition Ex. 34 | | R,H,F | | | | |
| | 35 | Dillon Auto Sales Trial Balance ending 12-31-13<br>Deposition Ex. 35 | | R,H,F | | | | |
| 36 | | Summary of Voluminous Records Pursuant to FRE 1006[2] | | | | | | |
| 37 | | List of Terry's Expenses<br>Bates:DIL000006 | | F, H | | | | |
| 38 | | Payment Records<br>Bates:DIL000007 | | F | | | | |
| 39 | | Terry's Rental Property Proposal<br>Bates:DIL000008 | | F | | | | |
| 40 | | Payment Records<br>Bates:DIL000009 | | F | | | | |
| 41 | | Certified Copy of No Reasonable Cause Determination for Keith Pickard and Certified Copy of No Reasonable Cause Determination for Lorenzo Nunn | | R | | | | |

[1] Other – A copy of this exhibit was never given by Troutner's counsel to Dillon Auto's counsel.

[2] Exhibit 36 is a summary of Ex. Nos. 4, 5, 7, 37, 38, 39, 40, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, and one or more of such exhibits may be used to explain Exhibit 36 to the jury. Dillon Auto anticipates offering the exhibits that were used to compile Exhibit 36 in mass

| 43 | | Certified Copy of Deed for Real Estate – 130 Bonham Avenue, Council Bluffs, IA 51503 | | | R | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 44 | | Certified Copy of Deed for Real Estate – 14835 61st Ave NW, Cass Lake, MN 56633 | | | R | | | |
| 45 | | Certified Copy of Deed for Real Estate – 114 N 29th St., Council Bluffs, IA | | | R | | | |
| 46 | | Receipts Bates:DIL000030-DIL000034 | | | | | | |
| 47 | | Customer Balance Summary Bates:DIL000597-DIL000598 | | | R | | | |
| 48 | | American Express Statements Bates:DIL012618-012621 | | | | | | |
| 49 | | Credit Card Statements Bates:DIL012627-012631 | | | | | | |
| 50 | | Credit Card Statements Bates:DIL012640-012645 | | | | | | |
| 51 | | Credit Card Statements Bates:DIL012653-012657 | | | | | | |
| 52 | | Credit Card Statements Bates:DIL012666-012670 | | | | | | |
| 53 | | Credit Card Statements Bates:DIL012678-012683 | | | | | | |
| 54 | | Credit Card Statements Bates:DIL012692-012696 | | | | | | |
| 55 | | Credit Card Statements Bates:DIL012704-012708 | | | | | | |
| 56 | | Credit Card Statements Bates:DIL012714-012718 | | | | | | |
| 57 | | Credit Card Statements Bates:DIL012725-012728 | | | | | | |
| 58 | | Credit Card Statements Bates:DIL012736-012740 | | | | | | |
| 59 | | Credit Card Statements Bates:DIL012747-012753 | | | | | | |
| 60 | | Credit Card Statements Bates:DIL012766-012771 | | | | | | |
| 61 | | Credit Card Statements Bates:DIL012781-012784 | | | | | | |
| 62 | | Credit Card Statements Bates:DIL012794-012798 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 63 | | Credit Card Statements Bates:DIL0126808-012812 | | | | | | |
| 64 | | Credit Card Statements Bates:DIL012823-012827 | | | | | | |
| 65 | | Credit Card Statements Bates:DIL012845-012849 | | | | | | |
| 66 | | Credit Card Statements Bates:DIL012861-012865 | | | | | | |
| 67 | | Credit Card Statements Bates:DIL012875-012879 | | | | | | |
| 68 | | Credit Card Statements Bates:DIL012892-012896 | | | | | | |
| 69 | | Credit Card Statements Bates:DIL012907-012910 | | | | | | |
| 70 | | Credit Card Statements Bates:DIL012917-012921 | | | | | | |
| 71 | | Credit Card Statements Bates:DIL012933-012936 | | | | | | |
| 72 | | Credit Card Statements Bates:DIL012947-012951 | | | | | | |
| 73 | | Credit Card Statements Bates:DIL012961-012964 | | | | | | |
| 74 | | Credit Card Statements Bates:DIL012974-012978 | | | | | | |
| 75 | | Credit Card Statements Bates:DIL012990-012994 | | | | | | |
| 76 | | Credit Card Statements Bates:DIL013005-013009 | | | | | | |
| 77 | | Credit Card Statements Bates:DIL013021-013024 | | | | | | |
| 78 | | Credit Card Statements Bates:DIL013035-013038 | | | | | | |
| 79 | | Credit Card Statements Bates:DIL013049-013053 | | | | | | |
| 80 | | Credit Card Statements Bates:DIL013063-013067 | | | | | | |
| 81 | | Credit Card Statements Bates:DIL013076-013079 | | | | | | |
| 82 | | Credit Card Statements Bates:DIL013093-013099 | | | | | | |
| 83 | | Credit Card Statements Bates:DIL013115-0313123 | | | | | | |
| 84 | | Credit Card Statements Bates:DIL03132-013154 | | | | | | |
| 85 | | Credit Card Statements Bates:DIL03148-013160 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86 | | Credit Card Statements Bates:DIL03165-013177 | | | | | |
| 87 | | Credit Card Statements Bates:DIL013183-013196 | | | | | |
| 88 | | Credit Card Statements Bates:DIL013201-013214 | | | | | |
| 89 | | Credit Card Statements Bates:DIL013219-013229 | | | | | |
| 90 | | Credit Card Statements Bates:DIL013238-013247 | | | | | |
| 91 | | Credit Card Statements Bates:DIL013254-013263 | | | | | |
| 92 | | Credit Card Statements Bates:DIL013264-013268 | | | | | |
| 93 | | Credit Card Statements Bates:DIL013279-013281 | | | | | |
| 94 | | Credit Card Statements Bates:DIL013294 | | | | | |
| 95 | | Receipts Bates:DIL000011-DIL000012 | | | | | |
| 96 | | Terry Troutner Interest Notes Payable Bates:DIL014138-DIL014139 | | R, H | | | |
| 97 | | Receipts Bates:DIL014140 | | | | | |
| 98 | | Invoice Bates:DIL014141 | | | | | |
| 99 | | Dillon Auto Check to Pottawattamie County Bates:DIL014142-DIL014143 | | R | | | |
| 100 | | Receipts Bates:DIL014144 | | | | | |
| 101 | | Receipts Bates:DIL014145 | | | | | |
| 102 | | Receipt Bates:DIL014146 | | | | | |
| 103 | | Dillon Auto Sales Notes Payable Bates: DIL014138-014139 | | R, H | | | |
| 104 | | Receipts Bates: DIL014140 | | | | | |
| 105 | | Moock Trucking Invoice Bates: DIL014141 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 106 | | Dillon Auto Check to Pottawattamie County Bates: DIL014142-014143 | | R | | | |
| 107 | | Receipts Bates: DIL014144-014146 | | | | | |
| 108 | | QuickBook Printout Bates: DIL014147 | | R, H, A, F, O | | | |
| 109 | | Sam's Club Receipt Bates: DIL014148 | | | | | |
| 110 | | Credit Card Statement Bates:DIL014149-014163 | | | | | |
| 111 | | QuickBooks Printout Bates: DIL014164 | | R, H, A, F, O | | | |
| 112 | | Bank Statements *8114 Bates: DIL014165-014166 | | R, H, A, F, O | | | |
| 113 | | QuickBooks Printout Bates: DIL014167 | | R, H, A, F, O | | | |
| 114 | | QuickBooks Printout Bates: DIL014168 | | R, H, A, F, O | | | |
| 115 | | Council Bluffs Ticket Notice DIL014169-014170 | | R, H | | | |
| 116 | | Notice of Levy on Wages Bates: DIL014171-014180 | | R, H | | | |
| | 117 | Annual trial balance 12/31/2013 | Will not be offered | R,H, F | | | |
| | 118 | Transaction detail by account Meals and Entertainment 2013 | Will not be offered | R | | | |
| | 119 | Chris Dillon W-2 2011 | Will not be offered | R | | | |
| | 120 | Dillon Auto Sales – Additional Sales | Will not be offered | R,H, F | | | |
| | 121 | Dillon Auto Sales – Trial Balance – 12/31/2011 | Will not be offered | R,H, F | | | |
| | 122 | Dillon Auto Sales – Adjusting Entries – 12/31/2011 | Will not be offered | R,H, F | | | |

| | 123 | List of C. Dillon credit card charges 2011 | Will not be offered | R,H, F | | | | |
|---|---|---|---|---|---|---|---|---|
| | 124 | Dillon Auto Sales Owner draw 2012 | Will not be offered | R,H, F | | | | |
| | 125 | Dillon Auto Sales – Owner draw – 2013 and 2014 | | R,H, F | | | | |
| | 126 | Dillon Auto Sales – Taxable Income – 12/31/2009 | Will not be offered | R,H, F | | | | |
| | 127 | Dillon Auto Sales – Taxable Income – 12/31/2010 | Will not be offered | R,H, F | | | | |
| | 128 | Dillon Auto Sales – Profit & Loss – 2010 | Will not be offered | R,H, F | | | | |
| | 129 | Dillon Auto Sales – Taxable Income – 12/31/2013 | | R,H, F | | | | |
| | 130 | Dillon Auto Sales – Annual Trial Balance – 12/31/14 | Will not be offered | R,H, F | | | | |
| | 131 | Dillon Auto Sales – Annual Trial Balance – 12/31/11 | Will not be offered | R,H, F | | | | |
| | 132 | Email string –T. Wilson and S Pont 9/25/12 | | R | | | | |
| | 133 | Email string – T. Wilson and S. Pont 1/9/12 | | R | | | | |
| | 134 | Dillon Auto Sales A/R Aging Summary 12/31/2010 | Will not be offered | R,H, F | | | | |
| | 135 | Dillon Auto Sales Trail Balance – Adjusting journal entry reports 2014 review | Will not be offered | R,H, F | | | | |
| | 136 | First Extended Service Report – 12/31/14 with comments from BKD | Will not be offered | R,H, F | | | | |
| | 137 | Dillon Auto Sales – Trial Balance – 2014 Review – Adjusting Journal Entries report | Will not be offered | R,H, F | | | | |

| | 138 | Comments from BKD and S. Pont – re: inventory write-downs for 2013 | | R,H, F | | | | |
|---|---|---|---|---|---|---|---|---|
| | 139 | Note payable journal – Jodi Dillon | Will not be offered | R,H, F | | | | |
| | 140 | Notes payable journal – Kathy Dillon | Will not be offered | R,H, F | | | | |
| | 141 | Notes payable journal – Mike Dillon | Will not be offered | R,H, F | | | | |
| | 142 | Notes payable journal – Brian Dillon | Will not be offered | R,H, F | | | | |
| | 143 | Dillon Auto Sales, Accountant's Review Report, 12/31/14 | | R | | | | |
| | 144 | Dillon Auto Sales Form 1120S 2014 | | R | | | | |
| | 145 | Dillon Auto Sales Accountant's Compilation Report 2011 and 2010 | | R | | | | |
| | 146 | Dillon Auto Sales Form 1120S 2013 | | R | | | | |
| | 147 | Dillon Auto Sales Accountant's Review and Financial Statements 2014 | | R | | | | |
| | 148 | Dillon Auto Sales Accountant's Compilation Report and Financial Statements 2010 and 2009 | | R | | | | |
| | 149 | Dillon Auto Sales – General Ledger – Meals and Entertainment – 12/31/12 | | R,H, F | | | | |
| | 150 | Dillon Auto Sales – Profit and Loss - 2009 | | R,H, F | | | | |
| | 151 | Sheryl Pont emails DIL014140, DIL 014180, DIL 014180 | | R | | | | |
| | 152 | Dillon Auto Sales – Income Statement by month – Dec. 31, 2013 | | R | | | | |

| | 153 | Pont email string, December 21, 2012, DIL 014185 through DIL 014186 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 154 | Notice from NEOC and charge of discrimination Pickard DIL014149-DIL014155 | | R,H,F | | | | |
| | 155 | Pont/M. Dillon email exchange, December 21, 2012 DIL014187 – DIL014190 | | R | | | | |
| | 156 | Pont/M. Dillon email exchange, December 30, 2013 DIL014207 | | | | | | |
| | 157 | Pont email to M. Dillon January 13, 2014 DIL014212 | | R | | | | |
| | 158 | C. Dillon credit card charges – DIL013506 – DIL013516 | | R,H,F | | | | |
| | 159 | Dillon Auto Sales Register 3200 – Owner Draw 01/01/09 to 12/31/2014, Bates Stamp Nos. 12604 to 12606 | Will not be offered | R,H,F | | | | |
| | 160 | Dillon Auto Sales Register 2810 – NP Chris Dillon Revocable Trust 01/01/2009 to 12/31/2014, Bates Stamp Nos. 12609 to 12617 | Will not be offered | R,H,F | | | | |
| | 161 | American Express Corporate Card Statement of Account 03/30/10, Bates Stamp Nos. 12618 to 12639 | | R for pages not related to Troutner expenses | | | | |
| | 162 | American Express Corporate Card Statement of Account 05/29/10, Bates Stamp Nos. 12640 to 12652 | | R for pages not related to Troutner expense | | | | |
| | 163 | American Express Corporate Card Statement of Account 06/28/10, Bates Stamp Nos. 12653 to 12665 | | R for pages not related to Troutner expense | | | | |

| | 164 | American Express Corporate Card Statement of Account 07/28/10, Bates Stamp Nos. 12666 to 12677 | R for pages not related to Troutner expense | | | | |
|---|---|---|---|---|---|---|---|
| | 165 | American Express Corporate Card Statement of Account 09/12/10, Bates Stamp Nos. 12678 to 12691 | R for pages not related to Troutner expense | | | | |
| | 166 | American Express Corporate Card Statement of Account 09/28/10, Bates Stamp Nos. 12692 to 12703 | R for pages not related to Troutner expense | | | | |
| | 167 | American Express Corporate Card Statement of Account 10/28/10, Bates Stamp Nos. 12704 to 12713 | R for pages not related to Troutner expense | | | | |
| | 168 | American Express Corporate Card Statement of Account 11/28/10, Bates Stamp Nos. 12714 to 12724 | R for pages not related to Troutner expense | | | | |
| | 169 | American Express Corporate Card Statement of Account 12/28/10, Bates Stamp Nos. 12725 to 12735 | R for pages not related to Troutner expense | | | | |
| | 170 | American Express Corporate Card Statement of Account 01/28/11, Bates Stamp Nos. 12736 | R for pages not related to Troutner expense | | | | |
| | 171 | American Express Corporate Card Statement of Account 02/28/11, Bates Stamp Nos. 12747 to 12765 | R for pages not related to Troutner expense | | | | |
| | 172 | American Express Corporate Card Statement of Account 03/30/11, Bates Stamp Nos. 12766 to 12780 | R for pages not related to Troutner expense | | | | |
| | 173 | American Express Corporate Card Statement of Account 04/29/11, Bates Stamp Nos. 12781 to 12793 | R for pages not related to Troutner expense | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 174 | American Express Corporate Card Statement of Account 05/29/11, Bates Stamp Nos. 12794 to 12807 | R for pages not related to Troutner expense | | | | |
| | 175 | American Express Corporate Card Statement of Account 06/28/11, Bates Stamp Nos. 12808 to 12822 | R for pages not related to Troutner expense | | | | |
| | 176 | American Express Corporate Card Statement of Account 07/28/11, Bates Stamp Nos. 12823 to 12844 | R for pages not related to Troutner expense | | | | |
| | 177 | American Express Corporate Card Statement of Account 08/28/11, Bates Stamp Nos. 12845 to 12860 | R for pages not related to Troutner expense | | | | |
| | 178 | American Express Corporate Card Statement of Account 09/28/11, Bates Stamp Nos. 12861 to 12874 | R for pages not related to Troutner expense | | | | |
| | 179 | American Express Corporate Card Statement of Account 10/28/11, Bates Stamp Nos. 12875 to 12891 | R for pages not related to Troutner expense | | | | |
| | 180 | American Express Corporate Card Statement of Account 11/28/11, Bates Stamp Nos. 12892 to 12906 | R for pages not related to Troutner expense | | | | |
| | 181 | American Express Corporate Card Statement of Account 12/28/11, Bates Stamp Nos. 12907 to 12916 | R for pages not related to Troutner expense | | | | |
| | 182 | American Express Corporate Card Statement of Account 01/28/12, Bates Stamp Nos. 12917 to 12932 | R for pages not related to Troutner expense | | | | |
| | 183 | American Express Corporate Card Statement of Account 02/28/12, Bates Stamp Nos. 12933 to 12946 | R for pages not related to Troutner expense | | | | |

| | 184 | American Express Corporate Card Statement of Account 04/28/12, Bates Stamp Nos. 12947 to 12960 | R for pages not related to Troutner expense | | | |
|---|---|---|---|---|---|---|
| | 185 | American Express Corporate Card Statement of Account 05/28/12, Bates Stamp Nos. 12961 to 12973 | R for pages not related to Troutner expense | | | |
| | 186 | American Express Corporate Card Statement of Account 06/28/12, Bates Stamp Nos. 12974 to 12989 | R for pages not related to Troutner expense | | | |
| | 187 | American Express Corporate Card Statement of Account 07/28/12, Bates Stamp Nos. 12990 to 13004 | R for pages not related to Troutner expense | | | |
| | 188 | American Express Corporate Card Statement of Account 08/28/12, Bates Stamp Nos. 13005 to 13020 | R for pages not related to Troutner expenses | | | |
| | 189 | American Express Corporate Card Statement of Account 09/28/12, Bates Stamp Nos. 13021 to 13034 | R for pages not related to Troutner expenses es | | | |
| | 190 | American Express Corporate Card Statement of Account 10/28/12, Bates Stamp Nos. 13035 to 13048 | R for pages not related to Troutner expense | | | |
| | 191 | American Express Corporate Card Statement of Account 11/28/12, Bates Stamp Nos. 13049 to 13062 | R for pages not related to Troutner expense | | | |
| | 192 | American Express Corporate Card Statement of Account 12/28/12, Bates Stamp Nos. 13063 to 13075 | R for pages not related to Troutner expense | | | |
| | 193 | American Express Corporate Card Statement of Account 01/28/13, Bates Stamp Nos. 13076 to 13092 | R for pages not related to Troutner expense | | | |

| | 194 | American Express Corporate Card Statement of Account 02/28/13, Bates Stamp Nos. 13093 to 13114 | | R for pages not related to Troutner expense | | | |
|---|---|---|---|---|---|---|---|
| | 195 | American Express Corporate Card Statement of Account 03/30/13, Bates Stamp Nos. 13115 to 13131 | | R for pages not related to Troutner expense | | | |
| | 196 | American Express Corporate Card Statement of Account 04/29/13, Bates Stamp Nos. 13132 to 13147 | | R for pages not related to Troutner expense | | | |
| | 197 | American Express Corporate Card Statement of Account 05/29/13, Bates Stamp Nos. 13148 to 13164 | | R for pages not related to Troutner expense | | | |
| | 198 | American Express Corporate Card Statement of Account 06/28/13, Bates Stamp Nos. 13165 to 13182 | | R for pages not related to Troutner expenses | | | |
| | 199 | American Express Corporate Card Statement of Account 07/28/13, Bates Stamp Nos. 13183 to 13200 | | R for pages not related to Troutner expense | | | |
| | 200 | American Express Corporate Card Statement of Account 08/28/13, Bates Stamp Nos. 13201 to 13218 | | R for pages not related to Troutner expense | | | |
| | 201 | American Express Corporate Card Statement of Account 08/28/13, Bates Stamp Nos. 13219 to 13237 | | R for pages not related to Troutner expense | | | |
| | 202 | American Express Corporate Card Statement of Account 10/28/13, Bates Stamp Nos. 13238 to 13253 | | R for pages not related to Troutner expense | | | |
| | 203 | American Express Corporate Card Statement of Account 11/28/13, Bates Stamp Nos. 13254 to 13263 | Will not be offered | R for pages not related to Troutner expense | | | |

| | 204 | American Express Corporate Card Statement of Account 12/28/13, Bates Stamp Nos. 13264 to 13278 | Will not be offered | R for pages not related to Troutner expense | | | | |
|---|---|---|---|---|---|---|---|---|
| | 205 | American Express Corporate Card Statement of Account 01/28/14, Bates Stamp Nos. 13279 to 13294 | Will not be offered | R for pages not related to Troutner expense | | | | |
| | 206 | Chris Dillon's United Mileage Plus 01/08/09 to 02/07/09, Bates Stamp Nos. 13410 to 13433 | Will not be offered | R | | | | |
| | 207 | Chris Dillon's United Mileage Plus 12/08/09 to 02/01/10, Bates Stamp Nos. 13434 to 13463 | Will not be offered | R | | | | |
| | 208 | Chris Dillon's United Mileage Plus 02/04/11, Bates Stamp Nos. 13464 to 13488 | Will not be offered | R | | | | |
| | 209 | Chris Dillon's United Mileage Plus 01/04/12, Bates Stamp Nos. 13489 to 13506 | Will not be offered | R | | | | |
| | 210 | Chris Dillon's Mileage Plus 07/04/12, Bates Stamp Nos. 13508 to 13510 | Will not be offered | R | | | | |
| | 211 | Chris Dillon's Mileage Plus 08/04/12, Bates Stamp Nos. 13511 to 13513 | Will not be offered | R | | | | |
| | 212 | Chris Dillon's Mileage Plus 09/04/12, Bates Stamp Nos. 13514 to 13516 | Will not be offered | R | | | | |
| | 213 | Chris Dillon's Mileage Plus 10/04/12, Bates Stamp Nos. 13517 to 13518 | Will not be offered | R | | | | |
| | 214 | Chris Dillon's Mileage Plus 11/04/12, Bates Stamp Nos. 13519 to 13520 | Will not be offered | R | | | | |
| | 215 | Chris Dillon's Mileage Plus 12/04/12, Bates Stamp Nos. 13521 to 13523 | Will not be offered | R | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 216 | Chris Dillon's Mileage Plus 01/04/13, Bates Stamp Nos. 13524 to 13525 | | R | | | | |
| | 217 | Chris Dillon's Mileage Plus 02/04/13, Bates Stamp Nos. 13526 to 13528 | | R | | | | |
| | 218 | Chris Dillon's Mileage Plus 03/04/13, Bates Stamp Nos. 13529 to 13530 | | R | | | | |
| | 219 | Chris Dillon's Mileage Plus 04/04/13, Bates Stamp Nos. 13531 to 13532 | | R | | | | |
| | 220 | Chris Dillon's Mileage Plus 05/04/13, Bates Stamp Nos. 13533 to13535 | | R | | | | |
| | 221 | Chris Dillon's Mileage Plus 06/04/13, Bates Stamp Nos. 13536 to 13537 | | R | | | | |
| | 222 | Chris Dillon's Mileage Plus 07/04/13, Bates Stamp Nos. 13538 to 13939 | | R | | | | |
| | 223 | Chris Dillon's Mileage Plus 08/04/13, Bates Stamp Nos. 13540 to 13542 | | R | | | | |
| | 224 | Chris Dillon's Mileage Plus 09/04/13, Bates Stamp Nos. 13543 to 13545 | | R | | | | |
| | 225 | Chris Dillon's Mileage United Statement 08/08/13 to 09/07/13, Bates Stamp Nos. 13546 to 13548 | | R | | | | |
| | 226 | Chris Dillon's Chase Statement 09/08/13 to 10/07/13, Bates Stamp Nos. 13549 to 13551 | | R | | | | |
| | 227 | Chris Dillon's Chase Statement 10/08/13 to 11/07/13, Bates Stamp Nos. 13552 to 13553 | | R | | | | |

| | 228 | Chris Dillon's Chase Statement 11/08/13 to 12/07/13, Bates Stamp Nos. 13554 to 13555 | | R | | | | |
|---|---|---|---|---|---|---|---|---|
| | 229 | Chris Dillon's Chase Statement 12/08/13 to 01/07/14, Bates Stamp Nos. 13556 to 13557 | | R | | | | |
| | 230 | Chris Dillon's Chase Statement 01/08/14 to 02/07/14, Bates Stamp Nos. 13558 to 13559 | | R | | | | |
| | 231 | Southwest Statement 12/22/08 to 01/21/09, Bates Stamp Nos. 13585 to 13587 | Will not be offered | R | | | | |
| | 232 | Southwest Statement 03/18/09, Bates Stamp Nos. 13588 to 13590 | Will not be offered | R | | | | |
| | 233 | Southwest Statement 04/15/09, Bates Stamp Nos. 13591 to 13593 | Will not be offered | R | | | | |
| | 234 | Southwest Statement 05/11/09, Bates Stamp Nos. 13594 to 13596 | Will not be offered | R | | | | |
| | 235 | Southwest Statement 06/10/09, Bates Stamp Nos. 13597 to 13599 | Will not be offered | R | | | | |
| | 236 | Southwest Statement 07/01/09, Bates Stamp Nos 13600 to 13602 | Will not be offered | R | | | | |
| | 237 | Southwest Statement 08/10/09, Bates Stamp Nos. 13603 to 13606 | Will not be offered | R | | | | |
| | 238 | Southwest Statement 09/10/09, Bates Stamp Nos. 13607 to 13609 | Will not be offered | R | | | | |
| | 239 | Southwest Statement 10/11/09, Bates Stamp Nos. 13610 to 13613 | Will not be offered | R | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 240 | Southwest Statement 11/10/09, Bates Stamp Nos. 13614 to 13616 | Will not be offered | R | | | | |
| | 241 | Southwest Statement 12/11/09, Bates Stamp Nos. 13617 to 13619 | Will not be offered | R | | | | |
| | 242 | Southwest Statement 01/10/10, Bates Stamp Nos. 13620 to 13622 | Will not be offered | R | | | | |
| | 243 | Southwest Statement 02/10/10, Bates Stamp Nos. 13623 to 13625 | Will not be offered | R | | | | |
| | 244 | Southwest Statement 03/13/10, Bates Stamp Nos. 13626 to 13629 | Will not be offered | R | | | | |
| | 245 | Southwest Statement 04/13/10, Bates Stamp Nos. 13630 to 13632 | Will not be offered | R | | | | |
| | 246 | Southwest Statement 05/13/10, Bates Stamp Nos. 13633 to 13634 | Will not be offered | R | | | | |
| | 247 | Southwest Statement 06/13/10, Bates Stamp Nos. 13635 to 13637 | Will not be offered | R | | | | |
| | 248 | Southwest Statement 07/13/10, Bates Stamp Nos. 13638 to 13640 | Will not be offered | R | | | | |
| | 249 | Southwest Statement 08/13/10, Bates Stamp Nos. 13641 to 13646 | Will not be offered | R | | | | |
| | 250 | Southwest Statement 09/13/10, Bates Stamp Nos. 13645 to 13647 | Will not be offered | R | | | | |
| | 251 | Southwest Statement 10/13/10, Bates Stamp Nos. 13648 to 13650 | Will not be offered | R | | | | |
| | 252 | Southwest Statement 11/13/10, Bates Stamp Nos. 13651 to 13652 | Will not be offered | R | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 253 | Southwest Statement 12/13/10, Bates Stamp Nos. 13653 to 13654 | Will not be offered | R | | | |
| | 254 | Southwest Statement 01/13/11, Bates Stamp Nos. 13655 to 13657 | Will not be offered | R | | | |
| | 255 | Southwest Statement 02/13/11, Bates Stamp Nos. 13658 to 13660 | Will not be offered | R | | | |
| | 256 | Southwest Statement 03/13/11, Bates Stamp Nos. 13661 to 13664 | Will not be offered | R | | | |
| | 257 | Southwest Statement 04/13/11, Bates Stamp Nos. 13665 to 13667 | Will not be offered | R | | | |
| | 258 | Southwest Statement 05/13/11, Bates Stamp Nos. 13668 to 13670 | Will not be offered | R | | | |
| | 259 | Southwest Statement 06/13/11, Bates Stamp Nos. 13671 to 13674 | Will not be offered | R | | | |
| | 260 | Southwest Statement 07/13/11, Bates Stamp Nos. 13675 to 13677 | Will not be offered | R | | | |
| | 261 | Southwest Statement 08/13/11, Bates Stamp Nos. 13678 to 13681 | Will not be offered | R | | | |
| | 262 | Southwest Statement 09/13/11, Bates Stamp Nos. 13682 to 13686 | Will not be offered | R | | | |
| | 263 | Southwest Statement 10/13/11, Bates Stamp Nos. 13687 to 13690 | Will not be offered | R | | | |
| | 264 | Southwest Statement 11/13/11, Bates Stamp Nos. 13692 to 13694 | Will not be offered | R | | | |
| | 265 | Southwest Statement 12/13/11, Bates Stamp Nos. 13695 to 13697 | Will not be offered | R | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 266 | Southwest Statement 01/18/12, Bates Stamp Nos. 13698 to 13700 | Will not be offered | R | | | |
| | 267 | Southwest Statement 02/18/12, Bates Stamp Nos. 13701 to 13703 | Will not be offered | R | | | |
| | 268 | Southwest Statement 03/18/12, Bates Stamp Nos. 13704 to 13706 | Will not be offered | R | | | |
| | 269 | Southwest Statement 04/18/12, Bates Stamp Nos. 13707 to 13709 | Will not be offered | R | | | |
| | 270 | Southwest Statement 05/18/12, Bates Stamp Nos. 13710 to 13713 | Will not be offered | R | | | |
| | 271 | Southwest Statement 06/18/12, Bates Stamp Nos. 13714 to 13716 | Will not be offered | R | | | |
| | 272 | Southwest Statement 07/18/12, Bates Stamp Nos. 13717 to 13719 | Will not be offered | R | | | |
| | 273 | Southwest Statement 08/18/12, Bates Stamp Nos. 13720 to 13723 | Will not be offered | R | | | |
| | 274 | Southwest Statement 09/18/12, Bates Stamp Nos. 13724 to 13727 | Will not be offered | R | | | |
| | 275 | Southwest Statement 10/18/12, Bates Stamp Nos. 13728 to 13730 | Will not be offered | R | | | |
| | 276 | Southwest Statement 11/18/12, Bates Stamp Nos. 13731 to 13734 | Will not be offered | R | | | |
| | 277 | Southwest Statement 12/18/12, Bates Stamp Nos. 13735 to 13737 | Will not be offered | R | | | |
| | 278 | Southwest Statement 01/18/13, Bates Stamp Nos. 13738 to 13740 | | R | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 279 | Southwest Statement 02/18/13, Bates Stamp Nos. 13741 to 13743 | | R | | | |
| | 280 | Southwest Statement 03/18/13, Bates Stamp Nos. 13744 to 13747 | | R | | | |
| | 281 | Southwest Statement 04/18/13, Bates Stamp Nos. 13748 to 13751 | | R | | | |
| | 282 | Southwest Statement 05/18/13, Bates Stamp Nos. 13752 to 13754 | | R | | | |
| | 283 | Southwest Statement 06/18/13, Bates Stamp Nos. 13755 to 13757 | | R | | | |
| | 284 | Southwest Statement 07/18/13, Bates Stamp Nos. 13758 to 13760 | | R | | | |
| | 285 | Southwest Statement 08/18/13, Bates Stamp Nos. 13761 to 13766 | | R | | | |
| | 286 | Southwest Statement 08/22/13 09/21/13, Bates Stamp Nos. 13767 to 13769 | | R | | | |
| | 287 | Southwest Statement 09/22/13 to 10/21/13, Bates Stamp Nos. 13770 to 13772 | | R | | | |
| | 288 | Southwest Statement 10/22/13 to 11/21/13, Bates Stamp Nos. 13773 to 13775 | | R | | | |
| | 289 | Southwest Statement 11/22/13 to 12/21/13, Bates Stamp Nos. 13776 to 13777 | | R | | | |
| | 290 | Southwest Statement 12/22/13 to 01/21/14, Bates Stamp Nos. 13778 to 13780 | | R | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 291 | Dillon Auto Independent Accountant's Review Report and Financial Statements 12/31/14, Bates Stamp Nos. 13843 to 13854 | | R | | | | |
| | 292 | Terry Troutner Pay Stub 11/30/13, Bates Stamp No. 14052 | | R | | | | |
| | 293 | End of Year Spreadsheet, Bates Stamp No. 14062 | | R | | | | |
| | 294 | Email re: Terry's Personal Charges, Bates Stamp No. 14206 | | | | | | |
| | 295 | Terry Troutner's Federal Tax Return 2013 | | R, O[3] | | | | |
| | 296 | Terry Troutner's Federal Tax Return 2014 | | R, O[4] | | | | |
| | 297 | Terry Troutner's Federal Tax Return 2015 | | R, O[5] | | | | |
| | 298 | Chris Dillon W-2 – 2013 | | R | | | | |
| | 299 | Dillon Auto Sales Inc. Transaction Detail by Account (BKD) January through December 2013 | | R,H, F | | | | |
| | 300 | Dillon Auto Sales, Inc. Profit and Loss by Class, (BKD) January through December 2013 | | R,H, F | | | | |
| | 301 | Email from Sheryl Pont to Tim Wilson and John Hundtoft dated March 12, 2013 re: Terry Troutner's employment agreement | | R,H, F | | | | |

[3] Other – Despite being requested in discovery, this Exhibit was never produced. After repeated requests, this was not produced until March 3, 2017 at 2:18 p.m.

[4] Other – Despite being requested in discovery, this Exhibit was never produced. After repeated requests, this was not produced until March 8, 2017 at 4:40 p.m.

[5] Other – Despite being requested in discovery, this Exhibit was never produced. After repeated requests, this was not produced until March 8, 2017 at 4:40 p.m.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 302 | Points Forward to 2013 (BKD) and related correspondence | R, H, F | | | | |
| | 303 | Dillon Auto's response to NEOC Complaint of Keith Pickard DIL000249-DIL000259 | R | | | | |
| | 304 | Dillon Auto's response to NEOC Complaint of Lorenzo Nunn | R, H, F | | | | |
| | 305 | Terry Troutner's 1099's for 2016 | R, $O^6$ | | | | |
| | 306 | June 2014 Income Statement by Store Dillon Auto | R, H, F, $O^7$ | | | | |
| | 307 | March 11, 2013 Email Stream DIL014180 – DIL014181 | R | | | | |
| 308 | | Pottawattamie County Tax Collection Receipt DIL014181 | R, H, F, $O^8$ | | | | |
| 309 | | Certified Copy of Pottawattamie County Tax Collection Receipt | R, H, F, O | | | | |
| 310 | | Dillon's Auto Sales cashed checks DIL014182-014193 | R, H, F, O | | | | |
| 311 | | Pottawattamie County web page of tax payments by Terry Troutner DIL014194-DIL014205 | R, H, F, O | | | | |
| 312 | | Certified copy of Pottawattamie County tax payments by Terry Troutner | R, H, F, O | | | | |

## OBJECTIONS
### R: Relevancy

---

[6] Other – Despite being requested in discovery, this Exhibit was never produced. After repeated requests, this was not produced until March 8, 2017 at 4:40 p.m.

[7] Other – Document is not complete.

[8] Other – Documents were not produced until June 29, 2017. Also applies to Troutner's objections to exhibits 309 – 312.

**H: Hearsay**
**A: Authenticity**
**F: Foundation**
**O: Other (specify)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January \_\_\_\_, 2018, he caused the above and foregoing to be filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Raymond R. Aranza
Jon Brown
Walentine O'Toole McQuillan Gordon
11240 Davenport Street
Omaha, NE 68154
raranza@womglaw.com
jbrown@womglaw.com

/s/ Mark A. Fahleson

4841-7529-3240, v. 1