IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON AUTO SALES, INC., | ) | |
| Plaintiff, | ) | 4:14CV104 |
| v. | ) | |
| TERRY L. TROUTNER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion in limine (filing no. 217) and Defendant's objection thereto (filing no. 220) are denied as moot.

DATED this 1st day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge