## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DILLON AUTO SALES, INC.,     )                     4:14CV104
                                        )
          Plaintiff,          )
                                          )
              v.              )                    JUDGMENT
                                          )
TERRY L. TROUTNER,          )
                                          )
          Defendant.        )
                                          )

Pursuant to the parties' Joint Stipulation (Filing No. 223) and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that all claims and counterclaims in the above-captioned matter are dismissed, with prejudice, each party to pay their on attorneys' fees and costs.

DATED this 7th day of March, 2018.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge